

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

MICHAEL HIMEBAUGH, et al.

          **Plaintiffs,**

    v.                                                            Civil No.: 06-6213-TC

THOMAS M. HART, et al.

          **Defendants.**

## FINDINGS AND RECOMMENDATION

Plaintiffs were ordered on September 20, 2006, to file an amended complaint within 30 days of this court's order dismissing plaintiffs' initial complaint. To date nothing has been filed.

This action should be dismissed for plaintiffs' failure to prosecute and failure to comply with a court order.

Dated: October 24th, 2006.

                                                                _____
                                                                United States Magistrate Judge